1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                            EASTERN DISTRICT OF CALIFORNIA

10

JANET DELYEA,                              )      **Old Case No. 1:06cv0403 AWI DLB**
11                                         )      **New Case No. 1:06cv0403 AWI SMS**
                                           )
12                                         )      ORDER DISQUALIFYING
                                           )      MAGISTRATE JUDGE
13              Plaintiff,                 )
                                           )
14         vs.                             )
                                           )
15   UNITED STATES POSTAL SERVICE,         )
                                           )
16              Defendant.                 )
17   _____)

18         Good cause appearing, the undersigned disqualifies himself from all proceedings of

19   the present action.  The Clerk of the Court has reassigned this action to the docket of a

20   different Magistrate Judge.  The new case number shall be **1:06cv0403 AWI SMS**.  All

21   future pleadings shall be so numbered.  Failure to use the correct case number may result in

22   delay in your documents being received by the correct judicial officer.

23

24         IT IS SO ORDERED.

25         **Dated:    April 20, 2006**                    _____**/s/ Dennis L. Beck**_____
     9b0hie                                          UNITED STATES MAGISTRATE JUDGE
26

27

28                                             1