**KAPETAN BROTHERS**
1236 "M" Street
Fresno, California 93721
Telephone: (559) 498-0800

Peter N. Kapetan (CSBN: 138068)

Attorneys for: Plaintiff Janet Delyea

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET DELYEA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES POSTAL SERVICE, UNITED STATES OF AMERICA, YORK CONTRACTING, INC., a California Corporation, ROBERT YORK, individually, and DOES 1 through 25, Inclusive,<br><br>　　　　　Defendants. | Case No. 1:06-CV000403-AWI-SMS<br><br>**SUBSTITUTION OF ATTORNEYS** |

　　　Plaintiff, Janet Delyea, hereby substitutes Charles M. Barrett and the law firm of DREYER, BABICH, BUCCOLA & CALLAHAM, as her attorneys of record in the above-entitled action in the place and stead of Peter N. Kapetan, of the KAPETAN BROTHERS law firm.

DATED: May 26, 2006.

　　　　　　　　　　　　　　　　By:   /s/Janet Delyea
　　　　　　　　　　　　　　　　　　　Janet Delyea

1
SUBSTITITUTION OF ATTORNEY

PDF created with pdfFactory trial version www.pdffactory.com

```
 1
 2        Pursuant to Local Rule 83-182(g), I consent to the above substitution.
 3     DATED:  June 9, 2006.                    KAPETAN BROTHERS
 4
 5                                    By:   /s/Peter N. Kapetan
                                            Peter N. Kapetan, Attorney for:
 6                                          Plaintiff Janet Delyea
 7
           I am duly admitted to practice in this District pursuant to Local Rule 83-180.
 8
 9     DATED: June  9, 2006.                   DREYER, BABICH, BUCCOLA & CALLAHAM
10
11
                                       By:   /s/Charles M. Barrett
12                                           CHARLES M. BARRETT
                                             Attorney for Plaintiff
13                                           Janet Delyea
14         IT IS SO ORDERED:
15
16
       Dated: 6/20/2006
17
18
19            /s/ Sandra M. Snyder
              SANDRA M. SNYDER
20            UNITED STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28
```

2

SUBSTITIUTION OF ATTORNEY

PDF created with pdfFactory trial version www.pdffactory.com