McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JANET DELYEA, | ) | 1:06-cv-00403-SMS |
| | ) | |
| Plaintiff, | ) | **STIPULATION EXTENDING** |
| | ) | **LITIGATION SCHEDULE;** |
| v. | ) | |
| | ) | **ORDER** |
| UNITED STATES POSTAL SERVICE, | ) | |
| UNITED STATES OF AMERICA, | ) | |
| YORK CONTRACTING, INC., a | ) | |
| California corporation, | ) | |
| RICHARD YORK, individually, | ) | |
| and DOES 1 through 25, | ) | |
| inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Janet Delyea and defendant United States of America[1] stipulate, by and through the undersigned counsel, to the following revised case schedule as specified below and respectfully request that the Court so approve.

The parties seek to extend certain dates within this action's pretrial schedule (but not its settlement conference, pretrial conference or trial dates) as specified below.  Good cause exists in support of this stipulation, and is based on grounds including the following:

---

[1] Pursuant to 28 U.S.C. §1346(b)(1), the United States is the proper federal defendant in this FTCA action. Defendant York Contracting has yet to appear in this case.

1  Plaintiff's counsel is currently tending to a very serious
2  family-related matter, and has been for several months.  This
3  matter has increased in severity, resulting in plaintiff's
4  counsel now tending to it on leave.  Although the parties
5  commenced with discovery long ago, the parties will be unable to
6  complete discovery by this action's present April 13, 2007
7  deadline in light of the above.  Accordingly, the parties seek an
8  additional sixty (60) days by which to (1) schedule and take
9  those depositions deemed necessary through the production of
10 written discovery responses, as well as (2) propound and respond
11 to additional discovery whose importance to this case is exposed
12 within prior responses.
13  Since the parties need to extend discovery in this action,
14 they will also need to extent this action's expert disclosure
15 deadlines, as well as those deadlines relating to the filing of
16 both non-dispositive and dispositive motions.
17 This way, experts will have access to all necessary case evidence
18 prior to issuing opinions, and the parties will be able to
19 address whether to file pre-trial motions armed with all
20 necessary case evidence.  Significantly, the parties do not seek
21 an extension regarding this case's settlement conference,
22 pretrial conference or trial date at this time.
23  Based on the above, the undersigned hereby stipulate to the
24 continuance of this action's case schedule as specified below.
25 The parties also request the Court to endorse this stipulation by
26 way of formal order.

|                     | Old Date        | **New Date**      |
|---------------------|-----------------|-------------------|
| Discovery Deadline: | April 13, 2007  | **June 12, 2007** |

2

| | | |
|---|---|---|
| Plaintiff's Expert Disclosure Deadline | June 8, 2007 | **August 7, 2007** |
| Supplemental Expert Disclosure Deadline | July 9, 2007 | **September 10, 2007** |
| Expert Discovery Deadline: | September 7, 2007 | **November 6, 2007** |
| Non-Dispositive Motion Filing Deadline | September 14, 2007 | **November 13, 2007** |
| Dispositive Motion Filing Deadline | October 19, 2007 | **December 21, 2007** |

Dated: April 12, 2007.                              April 11, 2007

                    Respectfully submitted,

DREYER, BABICH, BUCCOLA            McGREGOR W. SCOTT
& CALLAHAM                         United States Attorney

(As. Auth. 4/12/07)

/s/ Charles. M. Barrett            /s/ Brian W. Enos_____
CHARLES M. BARRETT                 BRIAN W. ENOS
Attorneys for                      Attorneys for
Janet Delyea                       United States of America


IT IS SO ORDERED.

**Dated:    April 13, 2007               /s/ Sandra M. Snyder**
                                    UNITED STATES MAGISTRATE JUDGE

3