McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANET DELYEA,<br><br>            Plaintiff,<br><br>     v.<br><br>UNITED STATES POSTAL SERVICE,<br>UNITED STATES OF AMERICA,<br>YORK CONTRACTING, INC., a<br>California corporation,<br>RICHARD YORK, individually,<br>and DOES 1 through 25,<br>inclusive,<br><br>            Defendants. | 1:06-cv-00403-SMS<br><br>**STIPULATION FOR DISMISSAL;**<br>**ORDER RE SAME** |

     Pursuant to this stipulation as well as the provisions of Fed. R. Civ. Proc. 41(a)(1), the parties to this action, by and through their respective counsel, hereby stipulate that this action be dismissed with prejudice. The parties respectfully request that the Court endorse this stipulation by way of formal order.

///

///

1

**STIPULATION FOR DISMISSAL; [PROPOSED] ORDER RE SAME**

**IT IS SO STIPULATED.**

Dated: January 31, 2008                    January 31, 2008

                          Respectfully submitted,

DREYER, BABICH, BUCCOLA              McGREGOR W. SCOTT
& CALLAHAM                           United States Attorney

(As. Auth. 1/31/08)

/s/ Roger A. Dreyer                  /s/ Brian W. Enos
ROGER A. DREYER                      BRIAN W. ENOS
Attorneys for                        Attorneys for
Janet Delyea                         United States of America

## ORDER OF DISMISSAL

IT IS SO ORDERED.

**Dated:   February 1, 2008              /s/ Sandra M. Snyder**
                                           UNITED STATES MAGISTRATE JUDGE